

**ORIGINAL**

**FILED**

03/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0188

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0188

_____

BANNER LEE BOYD,

    Petitioner and Appellant,

v.

STATE OF MONTANA,

    Respondent and Appellee.

_____

O R D E R

**FILED**

MAR 3 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Banner Lee Boyd moves this Court for appointment of counsel in his recently filed appeal. He states that he is incarcerated and that he is financially unable to afford to retain private counsel. Boyd believes that he meets the eligibility requirements for the appointment of counsel.

We secured a copy of the register of actions from the Custer County District Court. On January 27, 2023, the District Court issued an Order denying Boyd's petition for postconviction relief.

There is no right to the appointment of counsel in a postconviction proceeding for relief, although a court may order the assignment of counsel under the circumstances outlined in § 46-8-104, MCA. We conclude that Boyd is not entitled to the appointment of counsel. He represented himself in the District Court. He has not demonstrated that extraordinary circumstances exist, pursuant to § 46-8-104(3), MCA. Accordingly,

IT IS ORDERED that Boyd's Motion for Appointment of Counsel is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Banner Lee Boyd, along with a copy of this Court's Appellate Handbook for reference to the Montana Rules of Appellate Procedure and access to its forms.

DATED this 30 day of March, 2023.

For the Court,

By _____
        Chief Justice